IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| SHIRLEY SHOEMAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:10-00097 |
| v. | ) | JUDGE HAYNES |
| | ) | |
| DEPUY ORTHOPAEDICS, INC., et al., | ) | |
| | ) | |
| Defendants | ) | |

### O R D E R

Given the pending motion to transfer this action that is before the Judicial Panel on Multidistrict Litigation in In re DePuy Orthopaedics, Inc., ASR Hip Implant, MDL-2197, the Clerk of this Court is directed to **ADMINISTRATIVELY CLOSE** this action and upon receipt of the Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation, the Clerk of this Court shall transfer the files in this action to the assigned transferee district court for coordinated or consolidated pretrial proceedings.

If the Judicial Panel on Multidistrict Litigation does not enter a final transfer order in this action, then either party may move to reopen this action.

It is so **ORDERED**.

**ENTERED** this the _10th_ day of November, 2010.

WILLIAM J. HAYNES, JR.
United States District Judge